IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF KANSAS AND MID-MISSOURI, INC. on behalf of itself, its staff, and its patients, <br><br> Plaintiff, <br><br> DR. ALLEN PALMER on behalf of himself, and his patients, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> MARGARET DONNELLY, et al., <br><br> Defendants. | Case No.: 07-4164-CV-C-ODS |

## STIPULATION OF DISMISSAL

Plaintiff Planned Parenthood of Kansas and Mid-Missouri, Inc., Defendants Missouri Department of Health and Senior Services ("DHSS"), Margaret Donnelly ("Donnelly"), in her official capacity as Director of DHSS, Chris Koster, in his official capacity as Attorney General of the State of Missouri, Daniel K. Knight, in his official capacity as Prosecuting Attorney of Boone County, Missouri, and James F. Kanatzar, in his official capacity as Prosecuting Attorney of Jackson County, Missouri, have entered into a Release and Settlement Agreement. The release and settlement agreement resolves all of Planned Parenthood of Kansas and Mid-Missouri, Inc.'s claims. Accordingly, the parties jointly stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: June __, 2010          ATTORNEYS FOR PLAINTIFF

                              */s/ Jennifer Sandman*

Roger Evans
Jennifer Sandman
Planned Parenthood Federation of America
434 West 33rd Street
New York, New York 10001
(212) 541-7800
(212) 247-6811 (telefacsimile)
Jennifer.Sandman@ppfa.org
Roger.Evans@ppfa.org

Arthur A. Benson II, Mo. Bar # 21107
Jamie Lansford, Mo. Bar #31133
Arthur Benson & Associates
4006 Central Avenue
Kansas City, MO 64171-9007
(816) 531-6565
(816) 531-6688 (telefacsimile)
abenson@bensonlaw.com
jlansford@bensonlaw.com

Dated: June 24, 2010         /s/ *Emily Dodge*
Office of the Missouri State Attorney General
Post Office Box 899
Jefferson City, MO 65102
(573) 751-0580
(573) 751-9456 (facsimile)
emily.dodge@ago.mo.gov
Counsel for Defendants Chris Koster and Margaret Donnelly

Dated: June 24, 2010         /s/ *C.J. Dykhouse*
By: C.J. Dykhouse
Boone County Counselor
601 East Walnut, Room 207
Columbia, MO 65201
(573) 886-4414
(573) 886-4413 (facsimile)
CDykhouse@boonecountymo.org

Counsel for Defendant Daniel K. Knight, in his official capacity as Prosecuting Attorney of Boone County, Missouri

2

Dated: June 24, 2010         /s/ *Arthur Hogg*
                             By: Arthur Hogg
                             Jackson County Counselor
                             415 East 12th Street, 2nd Floor
                             Kansas City, MO 64106
                             816.881.3355
                             816.881.3398 (facsimile)
                             hoggart@jacksongov.org

                             Counsel for Defendant James F. Kanatzar, in his official capacity as Prosecuting Attorney of Jackson County, Missouri