IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

PLANNED PARENTHOOD OF KANSAS          )
AND MID-MISSOURI INC.,                )
                                      )
            Plaintiffs,               )
                                      )
DR. ALLEN PALMER, on behalf of himself )
and his patients,                     )
                                      )
            Plaintiff-Intervenor,     )
                                      )
vs.                                   )    Case No. 07-4164-CV-C-ODS
                                      )
MARGARET DONNELLY, et al.,            )
                                      )
            Defendants.               )

ORDER ON STIPULATIONS OF DISMISSAL

        Plaintiffs each filed separate stipulations of dismissal signed by Defendants as
required by Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docs. 165, 166).  Plaintiffs' claims against
Defendants are dismissed with prejudice.
IT IS SO ORDERED.


                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
DATE: July 1, 2010                      UNITED STATES DISTRICT COURT